# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tornello Fontaine,

        Plaintiff,

vs.

City of Charlotte, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

3:11-cv-131-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2011 Order.

        Signed: October 7, 2011

Frank G. Johns, Clerk
United States District Court